UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | C.A. No.: 07-765 |
| Plaintiff, | Electronic Filing |
| A.G. CULLEN CONSTRUCTION, INC., ARLENE CULLEN, and PAUL CULLEN, | |
| Defendants. | |

## MOTION TO SUSPEND CASE ACTIVITY DURING SETTLEMENT NEGOTIATIONS

Plaintiff, Travelers Casualty and Surety Company of America ("Travelers"), by and through its undersigned attorneys, hereby petitions this Court to suspend activity in the above-captioned matter, pending the outcome of ongoing settlement negotiations between Travelers and Defendants A.G. Cullen Construction, Inc., Arlene Cullen and Paul Cullen ("Defendants"), and in support thereof aver as follows:

1. On June 6, 2007, Travelers filed a Verified Complaint ("Complaint"), as well as an Emergency Motion For Temporary Restraining Order And Preliminary Injunction involving disputes arising out of one or more construction projects.

2. Immediately thereafter, the parties in this matter entered into settlement negotiations. The parties are optimistic that the negotiations will soon result in an amicable resolution of the issues.

3. On June 7, 2007, the parties received notice via the Court's electronic filing system, designating the above-referenced case for placement in the United States District Court for the Western District of Pennsylvania's Alternative Dispute Resolution Program (the "Notice"). Pursuant to the Notice, parties are directed to fully complete a Rule 26(f) Report, and

1

to otherwise adhere to the procedures of Local Rule 16.2 and the Court's ADR Policies and Procedures.

4. Travelers respectfully requests that this Honorable Court suspend these requirements and all other activities in the case for a reasonable period of time to afford the parties an opportunity to conclude their settlement negotiations.

WHEREFORE, Travelers respectfully requests that this Court order and decree that compliance with the aforesaid Notice and all other activities are temporarily suspended until further notice. Travelers will advise the Court in short order regarding the status of negotiation.

By: _____
Avrum Levicoff, Esquire
Pa. I.D. #: 26044
Dianne S. Wainwright, Esquire
Pa. I.D. #: 59199
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222-3911
412-434-5200

David Dreifuss, Esquire
JoAnne Bonacci, Esquire
Dreifuss Bonacci & Parker, LLP
26 Columbia Turnpike
North Entrance
Florham Park, NJ 07932
973-514-1414

*Counsel for the Plaintiff,*
*Travelers Casualty & Surety Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Praecipe for Appearance Motion to Suspend Case Activity During Settlement Negotiations has been mailed, postage prepaid, on June 8, 2007 to the following counsel:

Richard D. Kalson, Esquire
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15219-1425
(Attorney for Defendants)

By: 
Avrum Levicoff, Esquire
Pa. I.D. #: 26044
Dianne S. Wainwright, Esquire
Pa. I.D. #: 59199
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA  15222-3911
412-434-5200

David Dreifuss, Esquire
JoAnne Bonacci, Esquire
Dreifuss Bonacci & Parker, LLP
26 Columbia Turnpike
North Entrance
Florham Park, NJ  07932
973-514-1414

*Counsel for the Plaintiff,*
*Travelers Casualty & Surety Company of America*