UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>Plaintiff,<br><br>A.G. CULLEN CONSTRUCTION, INC., ARLENE CULLEN, and PAUL CULLEN,<br><br>Defendants. | C.A. No.: 07-765<br><br>Electronic Filing |

## ORDER OF COURT

AND NOW, this _____ day of June, 2007, upon consideration of the Motion To Suspend Case Activity During Settlement Negotiations of Plaintiff, Travelers Casualty and Surety Company of America ("Travelers"), it is **ORDERED** as follows:

1. Compliance of the parties with Rule 26(f), Local Rule 16.2, the Court's ADR Policies and Procedures, and all other activities are hereby suspended for a reasonable period of time to afford the parties an opportunity to conclude their settlement negotiations.

_____
UNITED STATES DISTRICT JUDGE